UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| WAYNE MURRELL, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:12CV1707 JAR |
| ALLSTATE INSURANCE CO., | ) |
| Defendant. | ) |

**MEMORANDUM AND ORDER**

This matter is before the Court on Defendant's Motion to Stay Proceedings (ECF No. 30). Defendant asked the Court to stay the proceedings in this case because it has filed a motion to transfer the case, <u>Jeff Busch, et al. v. Allstate Insurance Co.</u>, No. 6:12cv03490 ODS, which is currently pending in the Western District of Missouri, and consolidate it with the instant action. Plaintiff has not responded to Defendant's Motion.

The Court finds that an indefinite stay is not warranted in this action. The Court, however, will grant Defendant's request for an additional sixty (60) days, up to and including May 3, 2013, to answer or otherwise respond to Plaintiff's First Amended Complaint.

**IT IS HEREBY ORDERED** that Defendant's Motion to Stay Proceedings [30] is **GRANTED**, in part, and **DENIED**, in part. The Court denies Defendant's request for a stay of this action. The Court grants Defendant until May 3, 2013 to answer or otherwise respond to Plaintiff's First Amended Complaint.

Dated this 14th day of March, 2013.

                                              JOHN A. ROSS  
                                              UNITED STATES DISTRICT JUDGE